```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JUSTIN RAMIREZ,

                Defendant.

14 Cr. 468-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a hearing regarding Defendant Justin Ramirez's violation of supervised release in person on **September 20, 2022**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/covid-19-coronavirus.

    All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

    SO ORDERED.

Dated: August 30, 2022
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge