

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/19/2022__

September 16, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Justin Ramirez*, **14-cr-468 (AT)**

Dear Judge Torres:

    The parties write regarding the violation of supervised release conference scheduled in the above-captioned case for Tuesday, September 20, 2022 at 1:00 p.m. (the "Conference"). As the Court knows, the violation report dated August 26, 2022 (the "Violation Report") contains 18 specifications. Mr. Ramirez is next scheduled to appear in Bronx Criminal Court regarding charges related to specifications 1-12 in the Violation Report on October 28, 2022. Because Mr. Ramirez will likely be better informed as to how he would like to proceed with respect to specifications 1-12 following this court appearance and to avoid the Court's holding multiple conferences regarding the specifications, the parties respectfully request that the Court adjourn the Conference until a date after October 17, 2022.

    Thank you for considering this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    _____
    Brandon C. Thompson
    Assistant United States Attorneys
    (212) 637-2444

GRANTED. The hearing scheduled for September 20, 2022, is ADJOURNED to **November 16, 2022**, at **1:00 p.m.**

SO ORDERED.

Dated: September 19, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge