UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JUSTIN RAMIREZ,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/11/2022_

14 Cr. 468 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 570-1. This Court will not retain jurisdiction to enforce this order after termination of the case. *See id.* at ¶ 12. Accordingly, by **October 17, 2022**, the parties shall file an amended proposed protective order amending the language in paragraph 12 of the proposed order.

    SO ORDERED.

Dated: October 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge