USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/14/2022_

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 10, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Justin Ramirez*, **14-cr-468 (AT)**

Dear Judge Torres:

    The parties write regarding the violation of supervised release conference scheduled in the above-captioned case for Wednesday, November 16, 2022 at 1:00 p.m. (the "Conference"). As the Court knows, the violation report dated August 26, 2022 (the "Violation Report") contains 18 specifications. On October 28, 2022, Mr. Ramirez appeared in Bronx Criminal Court regarding charges related to specifications 1-12 in the Violation Report. During this conference, Mr. Ramirez's attorney was relieved, and a new attorney was appointed. Mr. Ramirez is next scheduled to appear in Bronx Criminal Court on November 15, 2022, at which conference a trial date will likely be set. Because Mr. Ramirez will be better informed as to how he would like to proceed with respect to specifications 1-12 following the upcoming conferences in Bronx Criminal Court, the parties respectfully request that the Court adjourn the Conference until a date after January 9, 2023. This is the parties' second request for an adjournment.

    Thank you for considering this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    _/s/ Brandon C. Thompson_
    Brandon C. Thompson
    Assistant United States Attorneys
    (212) 637-2444

GRANTED. The hearing scheduled for November 16, 2022, is ADJOURNED to **January 18, 2023**, at **3:00 p.m.**

SO ORDERED.

Dated: November 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge