UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUSTIN RAMIREZ, a/k/a "E.T.,"

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023
```

14 Cr. 468-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The hearing scheduled for May 16, 2023, is ADJOURNED *sine die*. By **May 12, 2023**, the parties shall file a joint letter updating the Court on the status of Defendant's state proceeding and suggesting a date for rescheduling the VOSR hearing.

  SO ORDERED.

Dated: May 11, 2023
   New York, New York

_____
ANALISA TORRES
United States District Judge