Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/28/2023__
```

December 27, 2023

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **RE:**   *United States v. Justin Ramirez*
            **14-cr-468 (AT)**

Dear Judge Torres,

    This letter is submitted on behalf of my client, Justin Ramirez. Mr. Ramirez seeks a 30-day adjournment of the status conference, currently scheduled for January 9, 2024, on the consent of the government. This adjournment is requested because Mr. Ramirez's state case has been adjourned until January 22, 2024, in New York Supreme Court, Bronx County. This adjournment will permit the parties to be better informed regarding the outcome of the state matter. The defense consents to the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    Thank you for considering this request.

Respectfully Submitted,

*[signature]*

Meredith S. Heller

Cc: A.U.S.A. Brandon C. Thompson (via ECF)

---

GRANTED. The conference scheduled for January 9, 2024, is ADJOURNED to **February 27, 2024**, at **10:00 a.m.**

SO ORDERED.

Dated: December 28, 2023
      New York, New York

*[signature]*
ANALISA TORRES
United States District Judge