UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JUSTIN RAMIREZ, a/k/a "E.T.,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/26/2024_

14 Cr. 468-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Government has indicated that the parties intend to seek an adjournment of the status conference scheduled for February 27, 2024.  Accordingly, the status conference scheduled for February 27, 2024, is ADJOURNED *sine die*.

By **March 11, 2024**, the parties shall file a letter updating the Court on the status of Defendant's state proceeding and suggesting a date for rescheduling the conference.

SO ORDERED.

Dated: February 26, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge