U.S. Department

United States
Southern D

The Silvio J. Mol
One Saint Andre
New York, New Y

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/2024_

February 26, 2024

**BY ECF**

The Honorable Analisa Torres
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Justin Ramirez*, **14-cr-468 (AT)**

Dear Judge Torres:

    The parties write in response to the Court's order dated February 26, 2024 directing the parties to submit a letter proposing dates for a violation of supervised release conference in the above-captioned matter. As the Court knows, the violation report dated August 26, 2022 (the "Violation Report") contains 18 specifications. Based on conversations with the Assistant District Attorney assigned to Mr. Ramirez's state case, the parties understand that Mr. Ramirez is next scheduled to appear in state court on March 8, 2024. At this conference, the Assistant District Attorney anticipates that the judge will set a date for trial, which relates to specifications 1-12 in the Violation Report. Because Mr. Ramirez will likely be better informed as to how he would like to proceed with respect to specifications 1-12 following his trial and to avoid the Court's holding multiple conferences regarding the specifications, the parties respectfully request that the Court adjourn the conference until a date after May 27, 2024. This is the parties' fourth request for an adjournment. The Court has granted the parties' previous three requests.

    Thank you for considering this request.

GRANTED. The conference previously scheduled for February 27, 2024, is ADJOURNED to **July 9, 2024**, at **1:00 p.m.**

SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge