**U.S. Departm** 

*United States*
*Southern Dist*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/8/2024____

*The Jacob K. Javits*
*26 Federal Plaza, 37.. ...*
*New York, New York 10278*

July 3, 2024

**BY ECF**
The Honorable Analisa Torres
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**   *United States v. Justin Ramirez*, **14-cr-468 (AT)**

Dear Judge Torres:

    The Government writes on behalf of the parties to request an adjournment of the violation of supervised release conference in the above-captioned matter scheduled for July 9, 2024 at 1:00 p.m. As the Court knows, the violation report dated August 26, 2022 (the "Violation Report") contains 18 specifications. Based on correspondence with the Assistant District Attorney assigned to Mr. Ramirez's state case, the parties understand that Mr. Ramirez state case is still ongoing. Because Mr. Ramirez will likely be better informed as to how he would like to proceed with respect to specifications 1-12 following his trial and to avoid the Court's holding multiple conferences regarding the specifications, the parties respectfully request that the Court adjourn the Conference until a date after October 1, 2024. This is the parties' fifth request for an adjournment. The Court has granted the parties' previous four requests.

    Thank you for considering this request.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

    By:   _____

                Brandon C. Thompson
                Assistant United States Attorneys
                (212) 637-2444

cc: Meredith Heller, Esq. (by ECF)

GRANTED. The conference currently scheduled for July 9, 2024, is ADJOURNED to **October 22, 2024, at 3:00 p.m.**

SO ORDERED.

Dated: July 8, 2024
      New York, New York        _____
                        ANALISA TORRES
                      United States District Judge