USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/08/2024__

**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

October 7, 2024

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Justin Ramirez*
      14-cr-468 (AT)

Dear Judge Torres,

    This letter is submitted on behalf of my client, Justin Ramirez. Mr. Ramirez seeks a 30-day adjournment of the status conference, currently scheduled for October 22, 2024, on the consent of the government. This adjournment is requested because Mr. Ramirez's state case has been adjourned until November 12, 2024, for the continuation of preliminary hearings in New York Supreme Court, Bronx County. This adjournment will permit the parties to be better informed regarding the outcome of the state matter. The defense consents to the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    Thank you for considering this request.

Respectfully Submitted,

*Meredith Heller*

Meredith S. Heller

Cc:  A.U.S.A. Brandon C. Thompson (via ECF)

---

GRANTED. The status conference currently scheduled for October 22, 2024, is ADJOURNED to **December 2, 2024**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York, 10007. Time until December 2, 2024, shall be excluded under the Speedy Trial Act. The ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because this will allow time for the defense to be better informed regarding the outcome of a parallel state matter, which may bear on this case.

SO ORDERED.

Dated: October 8, 2024
      New York, New York

ANALISA TORRES
United States District Judge