UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JUSTIN RAMIREZ, a/k/a "E.T.,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/6/2024

14 Cr. 468-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to a scheduling conflict of the Court, the status conference scheduled for December 2, 2024, is ADJOURNED to **December 9, 2024**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  By **December 2, 2024**, the parties shall file a joint letter on the docket indicating whether they intend to proceed with the conference and, if so, what issues they will seek to address.

    SO ORDERED.

Dated: November 6, 2024
       New York, New York

ANALISA TORRES
United States District Judge