USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/4/2025___

**U.S. Department**

*United States A*
*Southern Distr*

*The Jacob K. Javits Fe*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 3, 2025

**BY ECF**
The Honorable Analisa Torres
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Justin Ramirez*, **14-cr-468** **(AT)**

Dear Judge Torres:

    The Government writes on behalf of the parties to request an adjournment of the violation of supervised release conference in the above-captioned matter scheduled for March 10, 2025, at 1:00 p.m. As the Court knows, the violation report dated August 26, 2022 (the "Violation Report") contains 18 specifications. Based on correspondence with the Assistant District Attorney assigned to Mr. Ramirez's state case, the parties understand that Mr. Ramirez's state trial has completed. The parties are discussing a potential resolution of the Violation Report and respectfully request the Court adjourn the Conference until a date after April 1, 2025. This is the parties' seventh request for an adjournment. The Court has granted the parties' previous requests.

    Thank you for considering this request.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York

GRANTED. The violation of supervised release conference scheduled for March 10, 2025, is ADJOURNED to **April 14, 2025**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **April 4, 2025**, the parties shall file a joint letter indicating whether they intend to proceed with the conference and, if so, what issues they intend to address.

SO ORDERED.

Dated: March 4, 2025
       New York, New York

                              ANALISA TORRES
                              United States District Judge