UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

JUSTIN RAMIREZ, a/k/a "E.T.,"

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/15/2025_

14 Cr. 468-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release conference scheduled for April 14, 2025, is ADJOURNED to **April 21, 2025**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 15, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge